IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
20 JUL 22 PM 3:07
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| NACHISE ROSE, § | |
| PLAINTIFF, § | |
| § | |
| V. § | |
| § | CAUSE NO. 1:17-CV-764-LY |
| JASON STEPHENSON AND § | |
| BRINKS INCORPORATED, § | |
| DEFENDANT. § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On July 21, 2020, the parties filed a Joint Stipulation for Dismissal (Doc. #26) which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _22nd_ day of July, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE